IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN - 4 2007
J. T. NOBLIN, CLERK
BY_____DEPUTY

SALE-IN-A-BOX, INC.                                              PLAINTIFF

V.                                              CIVIL ACTION NO. 1:07cv655LG-JMR

EVENT NA BOX, INC.,
PHENIX INVESTMENTS, LLC,
G4 INVESTMENTS, LLC AND
TYRON E. GILL                                                   DEFENDANTS

**PRELIMINARY INJUNCTION**

HAVING COME ON for hearing on June 1, 2007, the Motion of the Plaintiff, Sale-in-a-Box, Inc. for preliminary injunctive relief, and the Court, having reviewed the Verified Complaint and motion and the response of Defendants, having reviewed the evidence presented, and having heard the argument of counsel, finds that the Motion is well taken and should be granted.

Specifically, as more fully expounded in the Court's ruling from the bench, the Court finds that:

1.  As the Defendants have recently begun to compete directly with Plaintiff and its customer base through expropriation of Plaintiff's intellectual property rights, there exists immediate and irreparable harm caused by Defendant's efforts to profit from the goodwill associated with the Plaintiff's mark, and its protected works of authorship. Immediate injunctive relief is necessary to prevent Defendants from further misappropriating Plaintiff's intellectual property rights.

2.  The Court finds that Plaintiff is likely to succeed on the merits of this civil action.

3. The Court further finds that without this Court's granting the relief requested, Plaintiff will be irreparably harmed and left without an adequate remedy at law.

4. The Court finds that the hardship to Plaintiff if the requested relief is denied, outweighs the hardship to Defendants if the relief is granted.

5. Injunctive relief is likewise appropriate since the public interest will not be disserved.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendants, their officers, employees, agents, and persons acting in concert with them, are hereby enjoined during the pendency of this civil action from the further sale, manufacture, distribution or marketing of any goods bearing, or sold under, the EVENT NA BOX mark or any mark confusingly similar to Plaintiff's SALE-IN-A-BOX mark. Defendants, their officers, employees, agents, and persons acting in concert with them, are likewise enjoined during the pendency of this civil action from the further sale, manufacture, distribution, or marketing of any goods bearing the designs set forth in the last two pages of Exhibit C to the Verified Complaint (with the exception of the designs "Graduation Sale", "Mardi Gras Madness", and "New Arrivals") (Exhibit 1 hereto), as well as the further sale, manufacture, distribution, or marketing of any goods bearing text, graphics and/or artwork substantially similar to Plaintiff's works of authorship set forth in Exhibit A and the first three pages of Exhibit C to the Verified Complaint (Exhibit 2 hereto).

This Order shall become effective upon filing with the Court of a bond in the amount of One hundred thousand dollars ($100,000) and shall remain in effect during the pendency of this civil action or until further order of the Court.

SO ORDERED, this 4th day of June at 11 o'clock A m.

                                                           [signature]
                                      UNITED STATES DISTRICT JUDGE