

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SALE-IN-A-BOX, INC.                                                      PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:07cv655LG-JMR

EVENT NA BOX, INC.,
PHENIX INVESTMENTS, LLC,
G4 INVESTMENTS, LLC AND
TYRON E. GILL                                                          DEFENDANTS

## PRELIMINARY INJUNCTION

HAVING COME ON for hearing on June 1, 2007, the Motion of the Plaintiff, Sale-in-a-

Box, Inc. for preliminary injunctive relief, and the Court, having reviewed the Verified

Complaint and motion and the response of Defendants, having reviewed the evidence presented,

and having heard the argument of counsel, finds that the Motion is well taken and should be

granted.

Specifically, as more fully expounded in the Court's ruling from the bench, the Court

finds that:

1.       As the Defendants have recently begun to compete directly with Plaintiff and its

customer base through expropriation of Plaintiff's intellectual property rights, there exists

immediate and irreparable harm caused by Defendant's efforts to profit from the goodwill

associated with the Plaintiff's mark, and its protected works of authorship.  Immediate injunctive

relief is necessary to prevent Defendants from further misappropriating Plaintiff's intellectual

property rights.

2.       The Court finds that Plaintiff is likely to succeed on the merits of this civil action.

2106390.1/16674.27920

3.      The Court further finds that without this Court's granting the relief requested, Plaintiff will be irreparably harmed and left without an adequate remedy at law.

4.      The Court finds that the hardship to Plaintiff if the requested relief is denied, outweighs the hardship to Defendants if the relief is granted.

5.      Injunctive relief is likewise appropriate since the public interest will not be disserved.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendants, their officers, employees, agents, and persons acting in concert with them, are hereby enjoined during the pendency of this civil action from the further sale, manufacture, distribution or marketing of any goods bearing, or sold under, the EVENT NA BOX mark or any mark confusingly similar to Plaintiff's SALE-IN-A-BOX mark. Defendants, their officers, employees, agents, and persons acting in concert with them, are likewise enjoined during the pendency of this civil action from the further sale, manufacture, distribution, or marketing of any goods bearing the designs set forth in the last two pages of Exhibit C to the Verified Complaint (with the exception of the designs "Graduation Sale", "Mardi Gras Madness", and "New Arrivals") (Exhibit 1 hereto) , as well as the further sale, manufacture, distribution, or marketing of any goods bearing text, graphics and/or artwork substantially similar to Plaintiff's works of authorship set forth in Exhibit A and the first three pages of Exhibit C to the Verified Complaint (Exhibit 2 hereto).

This Order shall become effective upon filing with the Court of a bond in the amount of One hundred thousand dollars ($100,000) and shall remain in effect during the pendency of this civil action or until further order of the Court.

SO ORDERED, this ___9th___ day of ___June___ at _11_ o'clock _A_ m.

UNITED STATES DISTRICT JUDGE